NOT FOR PUBLICATION



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  17-10130 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00121-JAM-1 |
| v. | |
| ISMAEL MAYA-PIZANO, AKA Ismael Maya Pizano, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted October 12, 2017[**]
San Francisco, California

Before:  THOMAS, REINHARDT, and O'MALLEY,[***] Circuit Judges.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

[***]      The Honorable Kathleen M. O'Malley, United States Circuit Judge for the U.S. Court of Appeals for the Federal Circuit, sitting by designation.

Ismael Maya-Pizano appealed the district court's sentence prior to our decision in *United States v. Martinez-Lopez*, 864 F.3d 1034 (9th Cir. 2017). Maya-Pizano concedes that *Martinez-Lopez* forecloses his appeal. Accordingly, we affirm the sentence.

**AFFIRMED.**